22561/053525/BJK/MJM/KHY

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN SOMERS,<br><br>Plaintiff,<br><br>v.<br><br>KOENA-BEV HOLDINGS, INC., LIRAN REINGOLD, and FRANK X. CID<br><br>Defendants. | No. 1:24-cv-12829 |

**NOTICE OF REMOVAL TO THE NOTHERN DISTRICT OF ILLINOIS**

NOW COMES the Defendant, LIRAN REINGOLD, by and through his attorney, Kevin H. Young of CASSIDAY SCHADE LLP, and for his NOTICE OF REMOVAL TO THE NORTHERN DISTRICT OF ILLINOIS, states as follows:

1. Plaintiff initially filed a Complaint at Law in the Circuit Court of Cook County on November 1, 2024. Plaintiff's Complaint named Koena-Bev Holdings, Inc., Liran Reingold, and Frank X. Cid as Defendants. *See* Plaintiff's Complaint at Law, attached hereto and made a part of this notice as **Exhibit A**.

2. A copy of the Complaint at Law was purportedly served on Defendant Reingold on November 13, 2024. *See* the proof of service documentation, attached hereto and made a part of this notice as **Exhibit B.**

3. Mr. Reingold filed an appearance in the underlying Cook County case on December 4, 2024. *See* Appearance of Reingold, attached hereto and made a part of this notice as **Exhibit C.**

4. Koena-Bev, Inc. filed an appearance in the underlying Cook County case on December 10, 2024. *See* Appearance of Koena-Bev, Inc., attached hereto and made a part of this notice as **Exhibit D.**

5. At the time the action commenced, and at all other relevant times herein, Defendant Reingold was a resident of Woodland Hills, California. *See* the Declaration of Defendant Reingold, attached hereto and made a part of this notice as **Exhibit E.**

6. At the time the action commenced, and at all other relevant times herein, Defendant Cid was a resident of Lake Worth, Florida. *See* the Declaration of Defendant Cid, attached hereto and made a part of this notice as **Exhibit F.**

7. Defendant Koena-Bev Holding, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Georgia. *See* the Delaware Department of State Division of Corporations Entity Details page, attached hereto and made a part of this notice as **Exhibit G**, in addition to **Exhibits E, ¶ 7; Exhibit F, ¶ 7**.

8. Although Defendant Koena-Bev Holdings, Inc. has a parent entity, To Kill It Tequila Group, LLC, no publicly traded company owns more than 10% of its stock. *See* Koena Bev Holdings, Inc.'s Corporate Disclosure Statement, attached hereto and made a part of this notice as **Exhibit H**.

9. Plaintiff alleged that he is a resident of Illinois. *See* **Exhibit A, ¶4**.

10. Plaintiff alleges that defendants failed to pay him appropriately under the Illinois Wage Payment and Collection Act (820 ILCS 115/1 *et seq.*) and alleges recovery for attorneys fees under the Attorneys Fees in Wage Actions Act (705 ILCS 225/1 *et seq.*). **Exhibit A, ¶¶25-27.** Additionally, plaintiff alleges that he is entitled to punitive damages exceeding $250,000. **Exhibit A, ¶27**.

11. Pursuant to 28 U.S.C. §1332(a), this Court has original jurisdiction over all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive on interest and costs, and is between citizens of different states.

12. For the above reasons, the requirements for diversity jurisdiction are met.

13. Venue is proper in this Court because a substantial part of the events giving rise to this claim occurred within the Northern District of Illinois, to wit: the Cook County, Illinois. **Exhibit A, ¶3**; 28 U.S.C. § 1391(b)(2).

14. As Defendant Reingold was purportedly served with process on November 13, 2024, the filing of this notice is timely. 28 U.S.C. §1446(b)(2)(b).

15. Defendants Cid and Koena-Bev Holdings, Inc. do not object to the removal of the action. *See* **Exhibit F, ¶8**.

WHEREFORE, Defendant, Liran Reingold, respectfully requests that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Kevin H. Young
One of the Attorneys for Liran Reingold, Koena-Bev Holdings, Inc., and Frank X. Cid

Brandon J. Kroft (ARDC No. 6270115)
Michael J. Mullen (ARDC No. 6182941)
Kevin H. Young (ARDC No. 6321770)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bkroft@cassiday.com
mmullen@cassiday.com
kyoung@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

I also hereby certify that a true and correct copy of the foregoing document was served via email to the following, at the following email address by emailing the same, before the hour of 5:00 p.m., on December 13, 2024. I certify that the statements set forth herein are true and correct:

John M. Liston
Liston Legal Group
5901 West Dempster Street
Suite 200
Morton Grove, IL 60053
john@listonlegal.com

/s/ Kevin H. Young