FILED DATE: 11/18/2024 3:30 PM 2024L012256

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
11/18/2024 3:30 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L012256

**Stephen Somers**

*Plaintiff(s) / Petitioner(s)*

v.

Case No.: 2024L012256

**KOENA-BEV HOLDINGS, INC., Liran Reingold, Frank X Cid**

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Felix Ascorra Chavez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Liran Reingold in Los Angeles County, CA on November 13, 2024 at 1:30 pm at 9333 Melvin Avenue, Los Angeles, CA 91324 by personal service by handing the following documents to an individual identified as Liran Reingold.

Complaint
Summons

Additional Description:
Served.

White Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=34.2402556511,-118.5601473502
Photograph: See Exhibit 1

Total Cost: $125.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in
Los Angeles County,
CA on 11/18/2024.

/s/ Felix Ascorra Chavez
Signature
Felix Ascorra Chavez
+1 (818) 424-8143

EXHIBIT B

FILED DATE: 11/18/2024 3:30 PM 2024L012256

