Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Q

**12-Person Jury**

FILED
12/4/2024 11:54 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2024L012256
Calendar, Q
30454180

FILED DATE: 12/4/2024 11:54 AM 2024L012256

(12/01/24) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STEPHEN SOMERS,<br><br>Plaintiff,<br><br>v.<br><br>KOENA-BEV HOLDINGS, INC., a Delaware corporation, LIRAN REINGOLD, Individually, and FRANK X CID, Individually,<br><br>Defendants. | No. 2024 L 012256<br><br>Motion Call: Q |

**APPEARANCE AND JURY DEMAND**

☒ GENERAL APPEARANCE

0900 – APPEARANCE – FEE PAID
0909 – APPEARANCE – NO FEE
0904 – APPEARANCE FILED – FEE WAIVED

☒ 12 PERSON JURY DEMAND

1900 – APPEARANCE & JURY DEMAND FEE PAID;
1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: ☐ Plaintiff ☒ Defendant
☐ Additional Party
☐ Respondent-in-Discovery

LIRAN REINGOLD
(INSERT LITIGANT'S NAME)

/s/ Kevin H. Young
SIGNATURE

☒ INITIAL COUNSEL OF RECORD ☐ PRO SE
☐ ADDITIONAL APPEARANCE ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☒ Atty. No. 44613 ☐ Pro Se 99500

Brandon J. Kroft
Kevin H. Young
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
bkroft@cassiday.com
kyoung@cassiday.com

Pro Se Only:
☐ **I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and chose to opt in to electronic notice from the Clerk's office for this case at this email address: ______________________**



EXIHIBIT C