Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Q

FILED
12/10/2024 2:16 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2024L012256
Calendar, Q
30536253

FILED DATE: 12/10/2024 2:16 PM 2024L012256

22561/053525 Firm ID No. 44613

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STEPHEN SOMERS,<br><br>Plaintiff,<br><br>v.<br><br>KOENA-BEV HOLDINGS, INC., a Delaware corporation, LIRAN REINGOLD, Individually, and FRANK X CID, Individually,<br><br>Defendants. | No. 2024 L 012256<br><br>Motion Call: Q |

**NOTICE OF FILING**

TO: John M. Liston
Liston Legal Group
john@listonlegal.com

**PLEASE TAKE NOTICE** that on **December 10, 2024** we filed the attached *Appearance and Jury Demand* with the Clerk of the Circuit Court of Cook County, Illinois, a copy of which is herewith served upon you.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Kevin H. Young
One of the Attorneys for Koena-Bev Holdings, Inc.

Brandon J. Kroft
Kevin H. Young
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
bkroft@cassiday.com
kyoung@cassiday.com

EXHIBIT D

FILED DATE: 12/10/2024 2:16 PM 2024L012256

**CERTIFICATE OF SERVICE VIA EMAIL**

Danielle Ruiz, being first duly sworn upon oath deposes and states that a true and correct copy of the foregoing document was served via email to the named attorneys of record at their respective email addresses, on the attached service list, by emailing the same before the hour of 5:00 p.m., on December 10, 2024. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Danielle Ruiz

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Q

**12-Person Jury**

FILED
12/10/2024 2:16 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2024L012256
Calendar, Q
30536253

FILED DATE: 12/10/2024 2:16 PM 2024L012256

22561/053525
**Appearance/Jury Demand** (12/01/24) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

STEPHEN SOMERS,

Plaintiff,

v.

KOENA-BEV HOLDINGS, INC., a Delaware corporation, LIRAN REINGOLD, Individually, and FRANK X CID, Individually,

Defendants.

No. 2024 L 012256

Calendar: Q

**APPEARANCE/JURY DEMAND**

☒ GENERAL APPEARANCE

0900 – APPEARANCE – FEE PAID
0909 – APPEARANCE – NO FEE
0904 – APPEARANCE FILED – FEE WAIVED

☒ 12 PERSON JURY DEMAND

1900 – APPEARANCE & JURY DEMAND FEE PAID;
1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: ☐ Plaintiff ☒ Defendant
☐ Additional Party
☐ Respondent-in-Discovery

Koena-Bev Holdings, Inc.
Litigant's Name

/s/ Kevin H. Young
Signature

☐ INITIAL COUNSEL OF RECORD ☐ PRO SE
☐ ADDITIONAL APPEARANCE ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☒ Atty. No. 44613 ☐ Pro Se 99500

Brandon J. Kroft
Kevin H. Young
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
bkroft@cassiday.com
kyoung@cassiday.com

Pro Se Only:
☐ **I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and chose to opt in to electronic notice from the Clerk's office for this case at this email address:**

______________________

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**