22561/053525/BJK/MJM/KHY

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN SOMERS,<br><br>Plaintiff,<br><br>v.<br><br>KOENA-BEV HOLDINGS, INC., LIRAN REINGOLD, and FRANK X. CID<br><br>Defendants. | No. 1:24-CV-12829 |

## DECLARATION OF FRANK X. CID

I, Frank X. Cid, being duly sworn upon oath, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, I would state as follows:

1. I am over 18 years of age.

2. From June 24, 2024 to the present, I resided at 1332 S. Lakeside Dr. Lake Worth, FL 33460.

3. I still reside at 1332 S. Lakeside Dr. Lake Worth, FL 33460, and I currently do not have any intention of moving from the state of Florida.

4. That as of the date of this declaration, I have not been served with process in the Cook County lawsuit.

5. I am a plurality owner of To Kill It Tequila Group, LLC that owns 100% of the shares of Koena-Bev Holdings, Inc. As a plurality owner of To Kill It Tequila Group, LLC, I have the authority to make business decisions on behalf of Koena-Bev Holdings, Inc.

6. I am aware, by knowledge and information and review of the Cook County Complaint that Plaintiff, Stephen Somers, in the above captioned matter was alleged to be

EXHIBIT F

involved in a wage and benefit dispute with Koena-Bev Holdings, Inc. upon Plaintiff's termination from its subsidiary, Yeyo Tequila.

7. At the time of filing of the Complaint, Koena-Bev Holdings, Inc. is a corporation incorporated in the state of Delaware, and Koena-Bev Holdings, Inc. has its principal place of business in Georgia.

8. Koena-Bev Holdings, Inc. understands that Mr. Reingold wishes to remove the Cook County action to the United States District Court for the Northern District of Illinois, and Koena-Bev Holdings, Inc. has no objection.

9. I understand that Mr. Reingold wishes to remove the Cook County action to the United States District Court for the Nothern District of Illinois, and I have no objection.

10. The declarant further sayeth not.

I, Frank X. Cid, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 12, 2024

/s/ Frank X. Cid
Frank X. Cid

13067078