22561/053525/BJK/MJM/KHY

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN SOMERS,<br><br>Plaintiff,<br><br>v.<br><br>KOENA-BEV HOLDINGS, INC., LIRAN REINGOLD, and FRANK X. CID<br><br>Defendants. | No. 1:24-cv-12829 |

## DEFENDANT, KOENA-BEV HOLDINGS, INC.'S F.R.C.P 7.1 DISCLOSURE STATEMENT

NOW COMES the Defendant KOENA-BEV HOLDINGS, INC., by its attorney, Kevin H. Young of CASSIDAY SCHADE LLP, and for its Fed. R. Civ. Pro. 7.1 Disclosure Statement, state as follows:

Pursuant to Fed R. Civ. Pro. 7.1, Defendant, KOENA-BEV HOLDINGS, INC., declares that its parent entity is To Kill It Tequila Group, LLC, but that no publicly held company owns ten percent (10%) or more of its stock.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Kevin H. Young
One of the Attorneys for Koena-Bev Holdings, Inc.

Brandon J. Kroft (ARDC No. 6270115)
Michael J. Mullen (ARDC No. 6182941)
Kevin H. Young (ARDC No. 6321770)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bkroft@cassiday.com
mmullen@cassiday.com
kyoung@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

I also hereby certify that a true and correct copy of the foregoing document was served via email to the following, at the following email address by emailing the same, before the hour of 5:00 p.m., on December 13, 2024. I certify that the statements set forth herein are true and correct:

John M. Liston
Liston Legal Group
5901 West Dempster Street
Suite 200
Morton Grove, IL 60053
john@listonlegal.com

/s/ Kevin H. Young