**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN SOMERS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**KOENA-BEV HOLDINGS, INC., a Delaware corporation, LIRAN REINGOLD, Individually, and FRANK X. CID, Individually,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:24-cv-12829** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, by their respective attorneys of record, that this matter shall be dismissed pursuant to the terms of a confidential Release and Settlement Agreement.

The Parties respectfully request that the Court retain jurisdiction until December 31, 2025 for the sole purpose of enforcing their settlement agreement, and that the dismissal be without prejudice for this period. The Parties further request that the Court order the dismissal automatically converted to a dismissal with prejudice on December 31, 2025, if no Party has filed a motion to enforce the settlement agreement. The Parties will bear their own costs and attorneys' fees.

Dated: July 14, 2025 Respectfully submitted,

| | |
|---|---|
| *Counsel for Plaintiff*:<br>John M. Liston<br>**LISTON LEGAL GROUP, LLC**<br>5901 W. Dempster Street, Suite 200<br>Morton Grove, IL 60053<br>Phone: 847-528-5024<br>john@listonlegal.com | *Counsel for Defendants*<br>*Kevin Young*<br>*Cassiday Schade LLP*<br>*222 West Adams St, Suite 2900*<br>*Chicago IL 60606*<br>*Phone: 312.444.1618 \| Fax: 312.444.1669*<br>*kyoung@cassiday.com* |

**CERTIFICATE OF SERVICE**

On July 14, 2025, the foregoing document was served on all parties of record via email the Court's electronic filing system.

*/s/ John M. Liston*
John M. Liston